JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:23-cv-01124-DOC-ADS                               Date January 10, 2024

Title: Kairos Investment Management Co.LLC et al v. J. P. Morgan Securities LLC et al.

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                              None Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Order to Dismiss without Prejudice issued 12/11/2023 [29]. No amended complaint filed.

☐ Entered _____.

Initials of Preparer    kdu